IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELENA REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv183 |
| | ) | |
| v. | ) | |
| | ) | |
| SWIFT & COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by December 02, 2005, file their Report of Parties' Planning Conference.

DATED November 14, 2005.

/s/ David L. Piester
United States Magistrate Judge