IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELENA REYES, | ) | |
| | ) | 8:05CV183 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| SWIFT & COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

The Report of Parties' Planning Conference, filing 13, states that the parties do not consent to trial before a magistrate judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett pro se docket for judicial supervision and processing of all pretrial matters.

DATED this 5th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court